Andrew Rozynski (Pro Hac Vice)
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
Telephone No. 212-353-8700
Facsimile No. 212-353-1708
E-mail: arozynski@EandBLaw.com

William A. Richards #013381
**RICHARDS & MOSKOWITZ, PLC**
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone No. 602-595-7800
Facsimile No. 602-595-7800
E-mail: brichards@RMazlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Estate of Dennis Bookshnis, Deceased, by and through Pamela Lorenz on behalf of herself as survivor of Dennis Bookshnis; Rosalyn Christensen, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Yuma Regional Medical Center,<br><br>Defendant. | Case No. 2:22-cv-00034-SRB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Pamela Lorenz, for herself and as the personal representative of the Plaintiff Estate of Dennis Bookshnis, and Plaintiff Rosalyn Christensen as an individual, and Defendant Yuma Regional Medical Center, hereby notify the Court that the parties have agreed to settle this lawsuit. The parties are in the process of drafting and finalizing the settlement papers and request 30 days in which to finalize the settlement and file the dismissal.

RESPECTFULLY SUBMITTED this 14th day of September, 2023.

RICHARDS & MOSKOWITZ PLC

/s/William A. Richards
William A. Richards
1850 N. Central Avenue, Suite 2010
Phoenix, AZ  85004

AND

EISENBERG & BAUM, L.L.P.
Andrew Rozynski, Esq.
24 Union Square East, Penthouse
New York, NY 10003
*Attorneys for Plaintiffs*


/s/*Amber L. Roller (with permission)*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Amber L. Roller (Admitted Pro Hac Vice)
Ricardo R. Bours
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Amber L. Roller (Admitted Pro Hac Vice)
Ricardo R. Bours
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
amber.roller@ogletree.com
ricardo.bours@ogletree.com
*Attorneys for Defendant*

/s/ Allie Terhune