# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Estate of Dennis Bookshnis, by and through Pamela Lorenz on behalf of herself as survivor of Dennis Bookshnis; Rosalyn Christensen, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>Yuma Regional Medical Center,<br><br>Defendant. | No. CV-22-00034-PHX-SRB<br><br>**ORDER** |

On September 18, 2023, upon receipt of a Notice of Settlement, this Court issued an order that this case would be dismissed with prejudice within 30 days of the date of the order if a stipulation to dismiss was not filed prior to the dismissal date. As of the date of this order, no stipulation to dismiss has been filed.

IT IS ORDERED dismissing this case with prejudice.

Dated this 19th day of October, 2023.

_____
Susan R. Bolton
United States District Judge